JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BROCATO, | Case No. CV 13-8993-CJC (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| LAPD OFFICER ANTONIO PEREZ, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendants Antonio Perez and Erik Cuellar, and the action is dismissed with prejudice.

DATED: December 4, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE